UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-376-T-17AAS

RESURRECCION ACOSTA-SANTOS

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Resurreccion Acosta-Santos, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant Resurreccion Acosta-Santos, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Resurreccion Acosta-Santos.

Dated: April 2nd 2019

ELIZABETH A. KOVACHEVICH
United States District Judge

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**